IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POST APPLE, LLC,

    Plaintiff,

v.

QUEDELLIS WALKER,

    Defendant.

No. C 11-05042 WHA

**ORDER DENYING MOTION TO SHORTEN TIME ON MOTION TO REMAND**

Plaintiff Post Apple, LLC, has filed an administrative motion to shorten time on the motion to remand pursuant to Civil Local Rules 6-2(a) and 7-11 (Dkt. No. 11). *Pro se* defendant Quedellis Walker did not submit a response. Rule 6-2(a) governs stipulated requests to change time. No stipulation has been filed here. Rule 6-3 governs motions to change time when there is not a stipulated request. Plaintiff has not complied with Rule 6-3. In particular, plaintiff's declaration does not describe the efforts, if any, plaintiff has made to obtain a stipulation from *pro se* defendant Walker to shorten time. The request to shorten time is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE