IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POST APPLE, LLC,

    Plaintiff,

v.

QUEDELLIS WALKER,

    Defendant.

No. C 11-05042 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On November 1, 2011, plaintiff filed a motion to remand. Pursuant to Civil Local Rule 7-3, defendant's opposition or statement of non-opposition to the motion was due November 15. None was filed. Accordingly, *pro se* defendant Quedellis Walker is hereby **ORDERED TO SHOW CAUSE** why the motion to remand should not be decided on the moving papers. Plaintiff Walker must file a written response to this order by **DECEMBER 12, 2011**. If no response is filed or if good cause is not shown, then the motion may be decided on the moving papers. The motion hearing previously set for December 8, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE