**United States District Court**
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   POST APPLE, LLC,                              No. C 11-05042 WHA

11          Plaintiff,

12   v.                                     **SECOND ORDER TO SHOW CAUSE**

13   QUEDELLIS WALKER,

14          Defendant.
                                                    /
15

16          Defendant Quedellis Walker was ordered to show cause by December 12, 2011, why the

17   motion to remand should not be decided on the moving papers in light of defendant's failure to

18   submit a timely opposition or statement of non-opposition to the motion.  Defendant is hereby

19   **ORDERED TO SHOW CAUSE** why the action should not be remanded.  If no response is filed or if

20   good cause is not shown, the motion will be decided on the papers.  Defendant must file a written

21   response to this order by **JANUARY 3, 2012**.

22

23          **IT IS SO ORDERED.**

24

25   Dated:  December 19, 2011.

26                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
27

28