IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POST APPLE, LLC,

    Plaintiff,

  v.

QUEDELLIS WALKER,

    Defendant.
                                /

No. C 11-05042 WHA

**SECOND ORDER TO SHOW CAUSE**

      Defendant Quedellis Walker was ordered to show cause by December 12, 2011, why the motion to remand should not be decided on the moving papers in light of defendant's failure to submit a timely opposition or statement of non-opposition to the motion. Defendant is hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded. If no response is filed or if good cause is not shown, the motion will be decided on the papers. Defendant must file a written response to this order by **JANUARY 3, 2012**.

    **IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE